**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | NO. 950 |
| | : | |
| APPOINTMENT TO JUDICIAL | : | SUPREME COURT RULES DOCKET |
| CONDUCT BOARD | : | |
| | : | |

## **ORDER**

**PER CURIAM**

    **AND NOW**, this 13th day of June, 2023, Marie Conley, Dauphin County, is hereby appointed as a member of the Judicial Conduct Board for a term expiring January 20, 2024.